UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ANTONIO VILLANUEVA, | Case No. 2:22-cv-01133-MK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| ERIN REYES; PAUL MCDONOUGH, | |
| Defendants. | |

MCSHANE, District Judge.

    Plaintiff, an adult in custody at the Two Rivers Correctional Institution, filed suit under 42 U.S.C. § 1983 and alleged a claim under the Eighth Amendment against Officer McDonough. Plaintiff now moves for voluntarily dismissal and indicates that he no longer wishes to pursue this action. Defendant does not oppose the motion (ECF No. 31), and it is GRANTED. This action is DISMISSED, with prejudice.

IT IS SO ORDERED.

    DATED this 24th day of January, 2024.

s/ Michael J. McShane<br>
MICHAEL J. MCSHANE<br>
United States District Judge

- 1 -   ORDER OF DISMISSAL